IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT JOKUMSEN,**<br><br>Plaintiff,<br><br>vs.<br><br>**METROPOLITAN PROPERTY AND CASUALTY INSURANCE CO.,**<br><br>Defendant. | **CASE NO. 7:13CV5003**<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order:

IT IS ORDERED:

1. The Motion for Summary Judgment (Filing No. 43) filed by Defendant Metropolitan Property and Casualty Insurance Co. is granted; and

2. Plaintiff's action against Defendant Metropolitan Property and Casualty Insurance Co. is dismissed, with prejudice.

Dated this 4th day of March, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge